# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANNELISE FARNES, | |
| Plaintiff, | CASE NO. C18-1882-BJR |
| v. | ORDER DENYING MOTION TO COMPEL |
| METROPOLITAN GROUP PROPERY AND CASUALTY INSURANCE COMPANY | |
| Defendants. | |

The Court has reviewed the briefing of the parties filed in support of and opposition to Plaintiff's motion to compel Defendant to appear for deposition pursuant to Federal Rule of Civil Procedure 30(b)(6). Dkt. Nos. 25, 26, and 31. According to Rule 30(b)(6), a notice for deposition directed to an organization "must describe with reasonable particularity the matters for examination" during the deposition. Fed.R.Civ.P. 30(b)(6). Plaintiff's notice fails to meet this requirement. In fact, the Court finds that the proposed areas of examination as designated by Plaintiff are models of overbroad and over-generalized inquiry. Indeed, when Plaintiff's notice is taken in conjunction with her complaint which fails to include any specificity as to what Plaintiff is seeking from Defendant, it is difficult to see how Defendant could possibly prepare for the deposition.

Therefore, the Court DENIES Plaintiff's motion to compel. Plaintiff may re-note the 30(b)(6) deposition, but in doing so, she must serve upon Defendant a notice that adequately sets forth with specificity the matters as to which Plaintiff will inquire, including *inter alia* which items Plaintiff claims Defendant should have paid but has not. If Plaintiff intends to re-note the 30(b)(6) deposition, she shall do so on or before May 31, 2019. Defendant shall have until June 10, 2019 to file objections, if necessary.

Dated this 17th day of May 2019.

Barbara Jacobs Rothstein
U.S. District Court Judge